UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EAST BAY ACCIDENT
AND WELLNESS CENTER, P.A.,

    Plaintiff,

vs.          Case No. 8:07-cv-2071-T-24-EAJ

SAFECO INSURANCE COMPANY
OF ILLINOIS,

    Defendant.
_____

**O R D E R**

    This cause comes before the Court on Defendant's Motion to Dismiss pursuant to Federal Rule 12(b)(6), which was filed on November 11, 2007. (Doc. No. 5). Plaintiff has failed to file a timely response in opposition, and therefore the Court considers the Motion to be unopposed. The Court concludes that this case is due to be dismissed for the reason stated in Defendant's Motion, that Plaintiff has failed to state a claim for relief. Accordingly, Defendant's Motion to Dismiss (Doc. No. 5) is **GRANTED** on its merits and because Plaintiff has failed to timely oppose the Motion. The Clerk is directed to close this case and to terminate any pending motions.

    **DONE AND ORDERED** at Tampa, Florida, this 14th day of December, 2007.

Copies to:
Counsel of Record

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge